NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

    vs.    Criminal Number  22-MJ-00281

AGNIESZKA CHWIESIUK
    *(Defendant)*

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nishay Sanan # IL0083
*(Attorney & Bar ID Number)*

Nishay K. Sanan, Esq.
*(Firm Name)*

53 W. Jackson Street #1424
*(Street Address)*

Chicago, IL 60603
*(City)   (State)   (Zip)*

312-692-0360
*(Telephone Number)*