UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-MJ-281 (RMM) |
| | : | |
| AGNIESZKA CHWIESIUK, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Based upon the representations in the Joint Status Report, Unopposed Motion for a Continuance, and Unopposed Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that a status hearing shall take place on March 2, 2023 at 1:00 p.m. before Magistrate Judge G. Michael Harvey via videoconference.

**ORDERED** that the time between January 30, 2023, and March 2, 2023 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, additional time to review discovery, and additional time for defense counsel to discuss the case with the respective defendants as the COVID-19 pandemic has made such communications more difficult.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE